FILED
2017 Sep-14  PM 05:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# A

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: JAMES WALSH




County: **01**  Case Number: **CV-2016-000432.00**  Court Action:
Style: **KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT**

Real Time

### Case

#### Case Information

| | | |
|---|---|---|
| County: **01-JEFFERSON -** | Case Number: **CV-2016-000432.00** | Judge: **PJB:PAT BALLARD** |
| Style: **KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT** | | |
| Filed: **12/13/2016** | Case Status: **ACTIVE** | Case Type: **BAD FAITH/FRAUD/MISR** |
| Trial Type: **BENCH** | Track: | Appellate Case: **0** |
| No of Plaintiffs: **1** | No of Defendants: **3** | |

#### Damages

| | | |
|---|---|---|
| Damage Amt: **0.00** | Punitive Damages: **0.00** | General Damages: **0.00** |
| No Damages: | Compensatory Damages: **0.00** | |
| Pay To: | Payment Frequency: | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: **0** | Num of Liens: **0** | Judgment For: |
| Disposition Date of Appeal: | Disposition Judge: **:** | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subpoenas: | Last Update: **08/30/2017** | Updated By: **AJA** |

### Parties
#### Party 1 - Plaintiff INDIVIDUAL - JONES KARANA N

##### Party Information

| | | |
|---|---|---|
| Party: **C001-Plaintiff** | Name: **JONES KARANA N** | Type: **I-INDIVIDUAL** |
| Index: **ALLSTATE LEA D** | Alt Name: | Hardship: **No**   JID: **PJB** |
| Address 1: **5734 BLANFORD STREET** | | Phone: **(205) 000-0000** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35210-0000 | Country: US |
| SSN: | | DOB: | | Sex: | | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant INDIVIDUAL - ALLSTATE LEAVE AND DISABILITY UNIT

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | ALLSTATE LEAVE AND DISABILITY UNIT | Type: | I-INDIVIDUAL |
| Index: | JONES KARANA C | Alt Name: | | JID: | PJB |
| Address 1: | SEDGWICK NATL APPEALS UNI | Hardship: | No | | |
| Address 2: | PO BOX 14446 | Phone: | (205) 000-0000 | | |
| City: | LEXINGTON | State: | KY | Zip: | 40512-4446 | Country: US |
| SSN: | | DOB: | | Sex: | | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | 02/02/2017 | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOW080 | | HOWARD JOHN GORDON | GORDONH@LAWRENCERUSSELL.COM | (901) 844-4434 |

### Party 3 - Defendant BUSINESS - ALLSTATE INSURANCE

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | ALLSTATE INSURANCE | | Type: | B-BUSINESS |
| Index: | JONES KARANA C | Alt Name: | | | JID: | PJB |
| Address 1: | 2600 CORPORATE DRIVE | | | Hardship: No | | |
| Address 2: | SUITE 200 | | | Phone: (205) 000-0000 | | |
| City: | BIRMINGHAM | State: | AL | | Zip: 35242-2737 | Country: US |
| SSN: | | DOB: | | | Sex: | Race: |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

#### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 07/18/2017 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 07/20/2017 | Service Type | A-AUTHORIZED SERVICE | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: 02/02/2017 | Notice of No Answer: 08/24/2017 |

#### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BEE014 | | BEERS REBECCA ASHLEY | RBEERS@RUMBERGER.COM | (205) 721-2817 |

### Party 4 - Defendant BUSINESS - SEDGWICK CLAIMS MANAGEMENT SERVICES INC

#### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D003-Defendant | Name: | SEDGWICK CLAIMS MANAGEMENT SERVICES INC | | Type: | B-BUSINESS |
| Index: | JONES KARANA C | Alt Name: | | | JID: | PJB |
| Address 1: | 2 NORTH JACKSON STREET | | | Hardship: No | | |
| Address 2: | SUITE 605 | | | Phone: (205) 000-0000 | | |
| City: | MONTGOMERY | State: | AL | | Zip: 36104-0000 | Country: US |
| SSN: | | DOB: | | | Sex: | Race: |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 07/18/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 07/20/2017 | Service Type A-AUTHORIZED SERVICE | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: 02/02/2017 | Notice of No Answer: 08/24/2017 |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | HOW080 | | HOWARD JOHN GORDON | GORDONH@LAWRENCERUSSELL.COM | (901) 844-4434 |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $13.18 | $13.18 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 | C001 | 000 | $206.00 | $206.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $264.18 | $264.18 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2016 | CREDIT | CV00 | 2017051 | 8449980 | $206.00 | C001 | 000 | | N | | | KAH |
| 12/14/2016 | CREDIT | VADM | 2017051 | 8449990 | $45.00 | C001 | 000 | | N | | | KAH |
| 07/18/2017 | RECEIPT | AOCC | 2017203 | 8914860 | $13.18 | C001 | 000 | | N | | | KAH |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/13/2016 | 2:00 PM | FILE | FILED THIS DATE: 12/13/2016 (AV01) | KAH |
| 12/13/2016 | 2:00 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | KAH |
| 12/13/2016 | 2:00 PM | ASSJ | ASSIGNED TO JUDGE: PAT BALLARD (AV01) | KAH |
| 12/13/2016 | 2:00 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | KAH |
| 12/13/2016 | 2:00 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | KAH |
| 12/13/2016 | 2:00 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | KAH |
| 12/13/2016 | 2:00 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | KAH |
| 12/13/2016 | 2:01 PM | C001 | C001 PARTY ADDED: JONES KARANA N (AV02) | KAH |
| 12/13/2016 | 2:01 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | KAH |
| 12/13/2016 | 2:01 PM | C001 | C001 E-ORDER FLAG SET TO "N" (AV02) | KAH |
| 12/14/2016 | 11:03 AM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE (AV02) | KAH |
| 12/14/2016 | 11:04 AM | D001 | D001 PARTY ADDED: ALLSTATE LEAVE AND DISABILITY UN | KAH |

| Date | Time | Code | Description | Initials |
|---|---|---|---|---|
| 12/14/2016 | 11:04 AM | D001 | INDIGENT FLAG SET TO: N          (AV02) | KAH |
| 12/14/2016 | 11:04 AM | D001 | D001 E-ORDER FLAG SET TO "N"          (AV02) | KAH |
| 12/14/2016 | 11:04 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | KAH |
| 12/14/2016 | 11:06 AM | ESCAN | SCAN - FILED 12/12/2016 - CIVIL COVERSHEET | KAH |
| 12/14/2016 | 11:07 AM | ESCAN | SCAN - FILED 12/12/2016 - NOTICE OF APPEAL | KAH |
| 1/31/2017 | 9:17 AM | D001 | LISTED AS ATTORNEY FOR D001: HOWARD JOHN GORDON | KAH |
| 1/31/2017 | 9:19 AM | ESCAN | SCAN - FILED 1/27/2017 - NOTICE OF APPEARANCE | KAH |
| 2/2/2017 | 7:34 PM | NSRV | NO SERVICE NOTICE ISSUED TO C001          (V801) | LOH |
| 6/12/2017 | 2:10 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 6/12/2017 2:10:54 PM | |
| 7/18/2017 | 9:41 AM | D002 | D002 PARTY ADDED: ALLSTATE INSURANCE          (AV02) | KAH |
| 7/18/2017 | 9:41 AM | D002 | INDIGENT FLAG SET TO: N          (AV02) | KAH |
| 7/18/2017 | 9:41 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | KAH |
| 7/18/2017 | 9:41 AM | D002 | D002 E-ORDER FLAG SET TO "N"          (AV02) | KAH |
| 7/18/2017 | 9:41 AM | D002 | CERTIFIED MAI ISSUED: 07/18/2017 TO D002   (AV02) | KAH |
| 7/18/2017 | 9:44 AM | D003 | D003 PARTY ADDED: SEDGWICK CLAIMS MANAGE SERVICES | KAH |
| 7/18/2017 | 9:44 AM | D003 | INDIGENT FLAG SET TO: N          (AV02) | KAH |
| 7/18/2017 | 9:44 AM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | KAH |
| 7/18/2017 | 9:44 AM | D003 | CERTIFIED MAI ISSUED: 07/18/2017 TO D003          (AV02) | KAH |
| 7/18/2017 | 9:44 AM | D003 | D003 E-ORDER FLAG SET TO "N"          (AV02) | KAH |
| 7/18/2017 | 9:45 AM | D003 | D003 NAME CHANGED FROM: SEDGWICK MANAGE SER | KAH |
| 7/18/2017 | 10:48 AM | ESCAN | SCAN - FILED 7/14/2017 - SUMMONS AND COMPLAINT | KAH |
| 7/25/2017 | 9:00 AM | ESERC | SERVICE RETURN | MAM |
| 7/25/2017 | 9:02 AM | D002 | SERVICE OF AUTHORIZED ON 07/20/2017 FOR D002(AV02) | MAM |
| 7/26/2017 | 9:18 AM | ESERC | SERVICE RETURN | MAM |
| 7/26/2017 | 9:18 AM | D003 | SERVICE OF AUTHORIZED ON 07/20/2017 FOR D003(AV02) | MAM |
| 8/18/2017 | 3:16 PM | EMOT | D002-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | BEE014 |
| 8/18/2017 | 3:25 PM | D002 | LISTED AS ATTORNEY FOR D002: BEERS REBECCA ASHLEY | AJA |
| 8/18/2017 | 3:25 PM | EMOT | D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | PAS |
| 8/18/2017 | 3:51 PM | EMOT | D003-EXTENSION OF TIME FILED. | HOW080 |
| 8/18/2017 | 3:57 PM | D003 | LISTED AS ATTORNEY FOR D003: HOWARD JOHN GORDON | AJA |
| 8/18/2017 | 3:57 PM | EMOT | D003-EXTENSION OF TIME /DOCKETED | PAS |
| 8/18/2017 | 4:18 PM | ENOTA | NOTICE OF APPEARANCE E-FILED | BEE014 |
| 8/24/2017 | 7:34 PM | NANS | NO ANSWER NOTICE ISSUED TO: D002          (V803) | PAS |
| 8/24/2017 | 7:34 PM | NANS | NO ANSWER NOTICE ISSUED TO: D003          (V803) | PAS |
| 8/25/2017 | 1:34 PM | JEMOT | D002-MOTN TO DIS. PURS. TO RULE 12(B) /SET FOR 10/13/2017 10:15 AM, LOCATION = 340 | J |
| 8/25/2017 | 1:51 PM | JEORDE | ORDER GENERATED FOR EXTENSION OF TIME - RENDERED & ENTERED: 8/25/2017 1:51:54 PM - ORDER | J |
| 8/30/2017 | 9:54 AM | EAMEN | AMENDED COMPLAINT E-FILED. | 012JON |
| 8/30/2017 | 9:54 AM | EXPD | EXPEDITED STATUS APPLIED FOR          (AV01) | AJA |

   ***END OF THE REPORT***



The Alabama Trial Court System at your desk

| LogOff

Name: James Walsh          User ID: CRANIE          Last login Date: 9/12/2017 2:02:55 PM

| Monitor Case          | Print Case

**Main Menu**

**Search**
- **▪ Party Search**
- **▪ Case Lookup**
- **▪ UTC Lookup**
- **▪ SSN Enforcement**
- **▪ Attorney Search**
- **▪ Warrant Search**
- **▪ Witness Search**
- **▪ Docket Search**
- **▪ HotSheet™**

**Tracking**
- **▪ Attorney Tracker**
- **▪ Case Monitor**
- **▪ Name Tracker**
- **▪ Reminders**

**Desktop**
- **▪ My Alacourt**

**Administration**
- **▪ Manage Firm Account**
- **▪ Update User Info**

County:   01-JEFFERSON - BIRMINGHAM          Case Number: CV-2016-000432.00          Judge:          PJB-PAT BALLARD          Trial Type:   B-BENCH
Style:    KARANA JONES VS ALLSTATE LEAVE & DISABILITY UNIT                                       Filed:          12/13/2016          Status:      A-ACTIVE
Type:     BAD FAITH/FRAUD/MISR                                                                   Court Action:                      Track:

REAL TIME

Case   DHR   Parties   Consolidated Case Action Summary   Images   Financial   Motions   Entire Case

### Images - 01-CV-2016-000432.00

| Date | Document Number | Title | Description | Pages |
|---|---|---|---|---|
| 12/14/2016 11:06:47 AM | 1 | CIVIL COVERSHEET | JONES KARANA | 1 |
| 12/14/2016 11:07:12 AM | 2 | NOTICE OF APPEAL | JONES KARANA | 1 |
| 1/31/2017 9:19:11 AM | 3 | NOTICE OF APPEARANCE | JONES KARANA N | 2 |
| 6/12/2017 2:11:05 PM | 4 | ORDER | E-FILE ORDER | 1 |
| 6/12/2017 2:11:31 PM | 5 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 7/18/2017 10:48:25 AM | 6 | SUMMONS AND COMPLAINT | JONES KARANA | 7 |
| 7/25/2017 9:01:08 AM | 7 | SERVICE RETURN | SERVICE RETURN | 2 |
| 7/25/2017 9:02:10 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 7/26/2017 9:18:45 AM | 9 | SERVICE RETURN | SERVICE RETURN | 2 |
| 7/26/2017 9:18:55 AM | 10 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 8/18/2017 3:17:07 PM | 11 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 8/18/2017 3:17:09 PM | 12 | MOTION | Motion to Dismiss | 7 |
| 8/18/2017 3:17:10 PM | 13 | EXHIBIT | Exhibit A | 16 |
| 8/18/2017 3:17:27 PM | 14 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 8/18/2017 3:51:45 PM | 15 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 8/18/2017 3:51:45 PM | 16 | MOTION | Motion for Extension of Time to Answer or Otherwise Respond to Complaint | 3 |
| 8/18/2017 3:51:50 PM | 17 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 8/18/2017 4:18:19 PM | 18 | NOTICE OF APPEARANCE | Notice of Appearance of Rebecca Beers | 2 |
| 8/18/2017 4:18:33 PM | 19 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/25/2017 1:35:12 PM | 20 | SET FOR HEARING - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/25/2017 1:52:04 PM | 21 | ORDER | MOTION GRANTED - Extension of Time | 1 |
| 8/25/2017 1:52:23 PM | 22 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/30/2017 9:54:45 AM | 23 | AMENDED COMPLAINT | detailed complaint | 4 |
| 8/30/2017 9:54:52 AM | 24 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |

CV201600432

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐☐ - ☐☐<br>Date of Filing                              Judge Code<br>☐☐ ☐☐ ☐☐☐☐<br>Month      Day        Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Jefferson County Circuit Court_ **ALABAMA**

_Karana N. Jones_ *(Name of County)*

v. _AllState Leave & Disability Unit_ _Sedquick National Appeals Unit_

**Plaintiff**                                                                  **Defendant**

First Plaintiff  ☐ Business  ☑ Individual          First Defendant  ☑ Business  ☐ Individual
                 ☐ Government ☐ Other                                 ☐ Government ☐ Other

**NATURE OF SUIT.** Select primary cause of action, by checking box (check only one) that best characterizes your action

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence  General
☐ TOMV - Negligence  Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one)    F ☑ INITIAL FILING      A ☐ APPEAL FROM            O ☐ OTHER.
                                                   DISTRICT COURT  _____
                          R ☐ REMANDED            T ☐ TRANSFERRED FROM
                                                   OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☐ YES ☑ NO    Note. Checking "Yes" does not constitute a demand for a<br>jury trial (See Rules 38 and 39, Ala R Civ P, for procedure)

RELIEF REQUESTED:  ☑ MONETARY AWARD REQUESTED     ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE:  ☐☐☐☐☐☐☐    _12/12/16_      _Karana N Jones_
                            Date              Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☑ YES  ☐ NO  ☐ UNDECIDED

Plaintiff                                    12/12/16
Karana N Jones
5134 Blanford Street                 CV201600432
B'ham, Al 35210
        vs.
Defendant
Allstate Leave and Disability Unit
Sedgwick National Appeals Unit (NAU)
PO Box 14446
Lexington, KY 40512-4446

Re: case # B421 834 286-0001-01

I, Karana Jones, am seeking a reversal of denial from Sedgwick
of short term disability from 7/15/14 - 1/11/15, plus interest, cost of
filing fee and copies of documents.

Long term disability was approved with same medical evidence with an onset
date of 7/15/14. No return to work date was requested from any physician nor
residual function capacity required. Thus, all medical documents will
show that I was disabled from 7/14/14 til current. Therefore, award
of all monies are due to me under the ERISA policy as Sedgwick
acted in Bad faith when denying my claim.

I am seeking an immediate hearing to resolve this matter.

```
┌─────────────────────────┐
│      FILED IN OFFICE     │
│  CIRCUIT CIVIL DIVISION  │
│                          │
│       DEC 12 2016        │
│                          │
│   ANNE-MARIE ADAMS       │
│        CLERK             │
└─────────────────────────┘
```

Karana N Jones
Claimant | Allstate Leave + Disability
Plaintiff

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA CIVIL DIVISION

```
FILED IN OFFICE
JAN 27 2017
ANNE-MARIE ADAMS
CLERK
```

KARANA N. JONES,

      Plaintiff,

v.

      Case No. CV201600432

ALLSTATE LEAVE & DISABILITY
UNIT and SEDGWICK NATIONAL APPEALS
UNIT,

      Defendants.

### NOTICE OF APPEARANCE

Defendant, Sedgwick Claims Management Services, Inc. (improperly named as Sedgwick National Appeals Unit), files this Notice of Appearance. The undersigned counsel is entering an appearance on behalf of Sedgwick Claims Management Services, Inc. ("Sedgwick"). Sedgwick notes that Plaintiff has not properly served it and specifically reserves any defenses based on improper service and jurisdiction. Sedgwick only learned of this case after Plaintiff mailed a copy of the handwritten complaint to Sedgwick's mail processing P.O. Box. Sedgwick has not been served via its Registered Agent. Sedgwick is filing this Notice of Appearance only out of an abundance of caution. Sedgwick respectfully requests that the Court and/or Plaintiff direct any future correspondence to the undersigned counsel.

Respectfully submitted,

RUSSELL & OLIVER, PLC

/s/ J. Gordon Howard
J. Gordon Howard ASB-5896O69H
RUSSELL & OLIVER, PLC
5178 Wheelis Drive
Memphis, Tennessee 38117
Telephone: 901.844.4449
Facsimile: 901.844.4435
E-Mail:
gordonh@russelloliverlaw.com

Attorneys for Defendant Sedgwick
Claims Management Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I served a true and correct copy of
the foregoing document via first class U.S. Mail, postage prepaid, upon:

Karana N. Jones
5734 Blanford Street
Birmingham, AL 35210

/s/ J. Gordon Howard

ELECTRONICALLY FILED
6/12/2017 2:10 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| **KARANA N. JONES,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **01-CV-2016-000432** |
| | ) | |
| **ALLSTATE LEAVE AND DISABILITY** | ) | |
| **UNIT,** | ) | |
| Defendant. | ) | |

## ORDER

This action was filed on December 13, 2016, but the Plaintiff has failed to perfect service on Defendant Allstate Leave and Disability Unit.  Failure to perfect service by July 14, 2017, may result in the DISMISSAL of the action as to Defendant Allstate Leave and Disability Unit.

**DONE this 12th day of June, 2017.**

/s/ PAT BALLARD
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 6/12/2017 2:11:05 PM

Notice Date:      6/12/2017 2:11:05 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To: JONES KARANA N (PRO SE)
5734 BLANFORD STREET
BIRMINGHAM, AL, 35210-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 6/12/2017 2:11:05 PM

Notice Date:     6/12/2017 2:11:05 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34       Rev. 7/2016 | SUMMONS<br>-CIVIL- | Court Case Number<br>CV2016-432 |
|---|---|---|

**IN THE** Circuit _____ **COURT OF** Jefferson _____ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*                    *(Name of County)*

| Karana Jones | **v.** | Allstate Insurance |
|---|---|---|
| *[Name(s) of Plaintiff(s)]* | | 2600 Corporate Drive Ste 200 B'ham AL 35242 |
| | | *[Name(s) of Defendant(s)]* |

**NOTICE TO:** Allstate Insurance _____
*(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Karana Jones _____WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE 5734 Blanford Street, Birmingham, AL 35210 _____

_____
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure. *Anne-Marie Adams* By: _____
**JUL 1 8 2017**              *(Signature of Clerk)*
*(Date)*

---

☑ Certified Mail is hereby requested. _____
*(Plaintiff's Attorney's Signature)*

---

**RETURN ON SERVICE**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUL 1 4 2017

ANNE-MARIE ADAMS
CLERK

☐ Return receipt of certified mail received in this office on_____

☐ I certify that I personally delivered a copy of this Summons and Complaint or other_____

_____ in _____County,
*(Name)*                              *(Name of County)*

Alabama on_____.
*(Date)*

_____              _____
*(Type of Process Server)*                    *(Address of Server)*

_____
*(Phone Number of Server)*

5005538

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you
- Attach this card to the back of the mailpiece, or on the front if space permits

1 Article Addressed to

**Allstate Insurance**
**2600 Corporate Drive**
**Suite 200**
**Birmingham, Alabama 35242**

CV2016-000432                    D002

9590 9401 0050 5168 0553 85

2 Article Number (Transfer from service label)

7016 0600 0000 1464 2672

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A Signature

X                                        ☐ Agent
                                         ☐ Addressee

B Received by (Printed Name)      C Date of Delivery

D Is delivery address different from item 1?   ☐ Yes
  If YES, enter delivery address below          ☐ No

3 Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
     Mail Restricted Delivery
     00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7016 0600 0000 1464 2672

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 7/2016 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br>CV2016-432 |
|---|---|---|

**IN THE** Circuit _____ **COURT OF** Jefferson _____ **COUNTY, ALABAMA**

*(Circuit, District, or Juvenile)*        *(Name of County)*

Karana Jones _____ v.    SEDGWICK CLAIMS MANAGEMENT SERVICES

2 No Jackson St, Ste 605 Montgomery, AL 36104

*[Name(s) of Plaintiff(s)]*           *[Name(s) of Defendant(s)]*

**NOTICE TO:** SEDGWICK CLAIMS MANAGEMENT SERVICES INC _____

*(Name of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Karana Jones _____ WHOSE

*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE  5734 Blanford Street, Birmingham, AL 35210 _____

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____

*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

JUL 1 8 2017 _____ *Anne-Marie Adams* By: _____

*(Date)*        *(Signature of Clerk)*

☑ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUL 1 4 2017
ANNE-MARIE ADAMS
CLERK

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____

*(Type of Process Server)*        *(Address of Server)*

_____

*(Phone Number of Server)*

5005537

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3
- Print your name and address on the reverse so that we can return the card to you
- Attach this card to the back of the mailpiece, or on the front if space permits

1 Article Addressed to

**Sedgwick Claims Management Services Inc**
**2 North Jackson Street**
**Suite 605**
**Montgomery, Alabama 36104**

CV2016-000432            D003

9590 9401 0050 5168 0553 78

2 Article Number *(Transfer from service label)*

7016 0600 0000 1464 2689

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A Signature

X

☐ Agent
☐ Addressee

B Received by (Printed Name)       C Date of Delivery

D Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below   ☐ No

3 Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

7016 0600 0000 1464 2689

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

In the Circuit Court of Jefferson County, Alabama

Karana N Jones
Plaintiff

V.

Case No. CV 201600432

Allstate Insurance
Sedgwick Claims Management Services, Inc
Defendants

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUL 14 2017
ANNE-MARIE ADAMS
CLERK

## Add Party

Defendants, Allstate Insurance at 2600 Meadow Brook South, 2600 Corporate Drive Suite 200, Birmingham, AL 35242-2737 and Sedgwick Claims Management Services Inc. The registered agent at the registered office mailing address of 2 North Jackson St., Suite 605 Montgomery, AL 36104 represented By J. Gordon Howard of Russell & Oliver located at 5178 Wheelis Drive, Memphis, TN 38117.

I, Karana N Jones, respectfully requests that the court direct any future correspondence to the above Defendants

Karana Jones
Plaintiff

Plaintiff                                          12/12/16
Karana N Jones
5134 Blanford Street                    CV201600432
B'ham, Al 35210
        vs.

Defendant
Allstate Leave and Disability Unit
Sedgwick National Appeals Unit (NAU)
PO Box 14446
Lexington, KY 40512-4446

Re: case # B421834286-0001-01

I, Karana Jones, am seeking a reversal of denial from Sedgwick
of short term disability from 7/15/14- 1/11/15, plus interest, Cost of
filing fee and copies of documents.

Long term disability was approved with same medical evidence with an onset
date of 7/15/14. No return to work date was requested from any physician nor
residual function capacity required. Thus, all medical documents will
show that I was disabled from 7/14/14 til current. Therefore, award
of all monies are due to me under the ERISA policy as Sedgwick
acted in Bad faith when denying my claim.

I am seeking an immediate hearing to resolve this matter.

                                    FILED IN OFFICE
                                  CIRCUIT CIVIL DIVISION

                                      DEC 12 2016

                                   ANNE-MARIE ADAMS
                                         CLERK

Karana n Jones
Claimant | Allstate  Leave & Disability
Plaintiff

12/12/16

Plaintiff
Karana N Jones
5134 Blanford Street
B'ham, AL 35210

CV201600432

        vs.

Defendant
Allstate Leave and Disability Unit
Sedgwick National Appeals Unit (NAU)
PO Box 14446
Lexington, KY 40512-4446

Re: Case # B421 834 286-0001-01

I, Karana Jones, am seeking a reversal of denial from Sedgwick of short term disability from 7/15/14 - 1/11/15, plus interest, cost of filing fee and copies of documents.

Long term disability was approved with same medical evidence with an onset date of 7/15/14. No return to work date was requested from any physician nor residual function capacity required. Thus, all medical documents will show that I was disabled from 7/14/14 til current. Therefore, award of all monies are due to me under the ERISA policy as Sedgwick acted in bad faith when denying my claim.

I am seeking an immediate hearing to resolve this matter.

Karana N Jones
Claimant | Allstate Leave & Disability
Plaintiff

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

DEC 12 2016

ANNE-MARIE ADAMS
CLERK

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Allstate Insurance**

**2600 Corporate Drive**

**Suite 200**

**Birmingham, Alabama 35242**

CV2016-000432           D002

9590 9401 0050 5168 0553 85

2. Article Number (Transfer from service label)

7016 0600 0000 1464 2672

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _(signature)_

☐ Agent
☑ Addressee

B. Received by (Printed Name)

_(signature)_

C. Date of Delivery

1/20/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery
  00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

20 JUL '17

PN 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUL 24 2017

ANNE-MARIE ADAMS
CLERK

* Sender: Please print your name, address, and ZIP+4® in this box



ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

USPS TRACKING #

9590 9401 0050 5168 0553 85



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JONES KARANA N (PRO SE)
     5734 BLANFORD STREET
     BIRMINGHAM, AL, 35210-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was served on 7/20/2017

**D002 ALLSTATE INSURANCE**
**Corresponding To**
AUTHORIZED SERVICE

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Sedgwick Claims Management Services Inc**

**2 North Jackson Street**

**Suite 605**

**Montgomery, Alabama 36104**

CV2016-000432                D003

9590 9401 0050 5168 0553 78

2. Article Number (Transfer from service label)

7016 0600 0000 1464 2689

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Laura McHaney

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

7·20·17

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
      Mail Restricted Delivery
      00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE

JUL 369

21 3LA 37

PM 4 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box•

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUL 25 2017

ANNE-MARIE ADAMS
CLERK

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

USPS TRACKING #



9590 9401 0050 5168 0553 78



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To: JONES KARANA N (PRO SE)
5734 BLANFORD STREET
BIRMINGHAM, AL, 35210-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was served on 7/20/2017

**D003 SEDGWICK CLAIMS MANAGEMENT SERVICES INC**
**Corresponding To**
AUTHORIZED SERVICE

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| STATE OF ALABAMA | Revised 3/5/08 | Cas | ELECTRONICALLY FILED |
|---|---|---|---|

**STATE OF ALABAMA**
Unified Judicial System
01-JEFFERSON
☐ District Court  ☑ Circuit Court

CV2

ELECTRONICALLY FILED
8/18/2017 3:16 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT

**CIVIL MOTION COVER SHEET**
Name of Filing Party:D002 - ALLSTATE INSURANCE

Name, Address, and Telephone No. of Attorney or Party. If Not Represented.

REBECCA A BEERS
Park Place Tower, 2001 Park Place North, Ste. 1300
BIRMINGHAM, AL 35203
Attorney Bar No.:  BEE014

☐ Oral Arguments Requested

**TYPE OF MOTION**

**Motions Requiring Fee**

☐ Default Judgment ($50.00)
☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐ Judgment on the Pleadings ($50.00)
☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00)
☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00)
☐ Summary Judgment pursuant to Rule 56($50.00)
☐ Motion to Intervene ($297.00)
☐ Other
pursuant to Rule _____ ($50.00)

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $   0

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☐ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☑ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☐ Other
pursuant to Rule _____ (Subject to Filing Fee)

Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date:
8/18/2017 3:15:25 PM

Signature of Attorney or Party
/s/ REBECCA A BEERS

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
8/18/2017 3:16 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA N. JONES,               )
                                  )
      **Plaintiff,**            )
                                    )
**v.**                          )      **Case No. CV-2016-000432**
                                    )
**ALLSTATE LEAVE AND DISABILITY** )
**UNIT and SEDGWICK NATIONAL**    )
**APPEALS UNIT,**              )
                                    )
      **Defendants.**         )

## MOTION TO DISMISS

Defendant Allstate Insurance Company[1] ("Allstate") respectfully moves this Court to dismiss this action for failure to state a claim against Allstate pursuant to Alabama Rule of Civil Procedure 12(b)(6) and for lack of subject matter jurisdiction due to lack of standing under Rule 12(b)(1). In support thereof, Allstate states the following:

1.     Pursuant to Alabama Rule of Civil Procedure 12(b)(6), a complaint or cause of action is due to be dismissed for failure to state a claim upon which relief may be granted when "the plaintiff can prove no set of facts in support of the claim that would entitle the plaintiff to relief." *Ex Parte Bitel*, 45 So. 3d 1252, 1255 (Ala. 2010) (quoting *Ex parte Ala. Dep't of Youth Servs.*, 880 So. 2d 393, 398 (Ala. 2003) (quoting *Nance v. Matthews*, 622 So. 2d 297, 299 (Ala. 1993))). Although when reviewing a motion to dismiss the trial court "must accept the allegations of the complaint as true," *Bitel*, 45 So. 3d at 1254 (quoting *Creola Land Dev., Inc. v. Bentbrooke Housing, LLC*, 828 So. 2d 285, 288 (Ala. 2002)) (emphasis omitted), the trial court's dismissal of a claim is the appropriate remedy when "it appears on the face of the complaint or claim that the claimant can prove no set of facts entitling him to relief," *Collins v. Henderson*,

---

[1] Plaintiff has improperly named Allstate Leave and Disability Unit as a defendant in this matter. The Allstate Leave and Disability Unit is an internal unit of Allstate Insurance Company, the proper defendant in this action.

480 So. 2d 1246, 1247 (Ala. Civ. App. 1985).

2.      Pursuant to Alabama Rule of Civil Procedure 12(b)(1), a complaint or cause of action is due to be dismissed when the court lacks subject matter jurisdiction over the action, a situation which can arise when the Plaintiff lacks standing to allege certain claims. *See Smith v. Neil*, 20 So. 3d 1271, 1276 (Ala. 2009) (finding that plaintiff lacked standing to allege claims at issue and dismissing for lack of subject matter jurisdiction). "A court ruling on a 12(b)(1) motion to dismiss may consider documents outside the pleadings to assure itself that it has jurisdiction." *Ex parte Safeway Ins. Co. of Ala., Inc.*, 990 So. 2d 344, 349 (Ala. 2008) (quotation omitted). Moreover, when a movant makes a factual challenge to "the underlying facts contained in the complaint" in alleging lack of subject matter jurisdiction, "the court must address the merits of the jurisdictional claim by resolving the factual disputes between the parties . . . [and] consider[] . . . evidence beyond the face of the complaint." *Id.* at 350 (quotations omitted).

**Plaintiff Has Utterly Failed to Allege Any Claims Against Allstate**

3.      While Plaintiff Karana Jones ("Plaintiff") has named Allstate as a defendant in this action, even under the broadest reading of Rule 8's instructions to plaintiffs to submit "a short and plain statement of the claim," Plaintiff has not alleged any claims against Allstate. Plaintiff's only allegations seeking relief in her Complaint are directed specifically to Sedgwick. *See* Complaint (alleging "award of all monies are due to me under the ERISA policy as Sedgwick acted in bad faith when denying my claim").[2] Therefore, Plaintiff's Complaint is due to be dismissed as to Allstate because Plaintiff has failed to allege that Allstate owed or breached any obligation or duty or that Allstate engaged in any wrongdoing which injured her.

---

[2] Moreover, the Eleventh Circuit has previously dismissed a bad faith claim related to pay benefits under an ERISA plan, finding that, under Alabama law, "bad faith is applicable only in the insurance context." *Hurt v. Pullman Inc.*, 764 F.2d 1443, 1445 (11th Cir. 1985) (affirming dismissal of bad faith claim raised in ERISA context where trial court dismissed claim for failure to state a claim upon which relief may be granted).

**As a Matter of Law, Plaintiff Has Not Stated a Claim for Relief Under ERISA.**

4.     Moreover, even if the Court broadly reads Plaintiff's Complaint to state a claim against Allstate for improper denial of benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.* (which would be an extremely generous reading), Plaintiff's unspecified request for an "award of all monies due to me under the ERISA policy" is due to be dismissed pursuant to Rule 12(b)(6) because she has not alleged the necessary prerequisites for establishing a valid claim for benefits under ERISA's civil enforcement statute (29 U.S.C. § 1132).

5.     Plaintiff's bare-bones and vague allegation about nonpayment under "the ERISA policy" simply does not state a claim upon which relief may be granted. *See Caudle v. Life Ins. Co. of N. Am.*, 33 F. Supp. 3d 1288, 1294 (N.D. Ala. 2014) (plaintiff's claim for denial of ERISA benefits is "entirely silent about [employer's] specific actions or inactions, and, as a result, [does not] constitute[] a validly stated claim"). *See also Brach v. Conflict Kinetics Corp.*, 221 F. Supp. 3d 743, 752 (E.D. Va. 2016) (dismissing ERISA claim for denial of benefits because the complaint "never alleges that [employer] implemented a benefit plan that would be subject to ERISA" or that the plan was offered to employees such as plaintiff and that plaintiff was wrongfully denied such benefits). Moreover, Plaintiff also has not pled that she has exhausted all of her administrative remedies, a prerequisite for an ERISA claim. *See Byrd v. MacPapers, Inc.*, 961 F.2d 157, 160-61 (11th Cir. 1992) (affirming dismissal of ERISA claim related to failure to pay benefits where plaintiff had not pled exhaustion of remedies).

6.     Even **if** Plaintiff has attempted to allege a specific ERISA claim against Allstate (which she has not), her Complaint fails to state a claim for non-payment of ERISA benefits against Allstate upon which relief may be granted. Thus, any ERISA claim that this Court may

construe to have been alleged against Allstate is due to be dismissed pursuant to Rule 12(b)(6).

**This Court Lacks Subject Matter Jurisdiction over Plaintiff's ERISA Claim.**

7.     Even assuming via a generous reading of Plaintiff's Complaint that she has alleged an ERISA claim against Allstate and Sedgwick Claims Management Services, Inc.[3] for payments she believes that, as a former Allstate employee, she is due under Allstate's short term disability program, any such claim would be due to be dismissed because this Court would lack subject matter jurisdiction over it, as Plaintiff is without standing to sue under ERISA.

8.     While this Court generally has concurrent jurisdiction with the federal courts for claims of failure to pay benefits under an ERISA-qualified plan, *see* 29 U.S.C. § 1132(e)(1), this Court lacks subject matter jurisdiction over any ERISA claim that this Plaintiff may attempt to allege because Allstate's short term disability program is not an ERISA-qualified plan and thus this Plaintiff has no standing to sue under ERISA. *See Steele v. Fed. Nat'l Morg. Ass'n*, 69 So. 3d 89, 91 n.2 (Ala. 2010) ("when standing is at issue, the court asks whether the plaintiffs are the proper parties to bring the action, whereas failure to state a claim focuses not on the parties but on the existence of a cause of action (*i.e.*, on the merits)") (quoted in *Ex parte BAC Home Loans Servicing, LP*, 159 So. 3d 31, 41 (Ala. 2013)). Here, Plaintiff is not a proper party to bring an action against Allstate for failure to pay ERISA benefits because she is not within the class of individuals protected by the ERISA statute.

9.     As a former employee of Allstate, Plaintiff was automatically enrolled in a short term disability benefit program, which was directly funded by Allstate and administered with full discretion by Sedgwick. The Allstate human resources document setting out the terms of the

---

[3] Plaintiff has improperly named Sedgwick National Appeals Unit as Allstate's co-defendant in this action. As counsel for Sedgwick noted in his Notice of Appearance (Doc. 3), Sedgwick Claims Management Services, Inc. is the proper defendant in this action.

4

Short Term Disability Plan is attached hereto as Exhibit A.[4]

10.     Allstate's short term disability plan is not an ERISA-covered plan because is it a payroll practices regulation, which the Department of Labor has explicitly excepted from ERISA's coverage and requirements. *See* 29 C.F.R. § 2510.3-1(b)(2). A plan that is exempt from ERISA under the payroll practices regulation "pays out of [the employer's] general assets an employee's normal compensation during periods when the employee is physically or mentally unable to work." *Stern v. Int'l Business Machines Corp.*, 326 F.3d 1367, 1371 (11th Cir. 2003). Because the Allstate's short term disability plan is exempted from ERISA as a payroll practice,[5] Plaintiff does not have standing to sue under ERISA's civil enforcement provision because she is not a beneficiary of an employee benefits plan governed by ERISA. *See Butero v. Royal Maccabees Life Ins. Co.*, 174 F.3d 1207, 1212 (11th Cir. 1999) (finding that to state a claim to receive unpaid benefits due under ERISA's civil enforcement provision, a plaintiff must

---

[4] This Court may properly consider Allstate's short term disability program in resolving the instant motion because there is a factual dispute between the parties over where the program is governed by ERISA and thus whether Plaintiff has standing to bring a claim under ERISA. *See Ex parte Safeway*, 990 So. 2d at 349-50 (permitting consideration of evidence beyond the face of the complaint where there is a factual dispute between the parties which would affect the court's jurisdiction). Moreover, the Allstate's short term disability program is referred to in the Complaint and the content of the terms of the plan are central to Plaintiff's claims against all Defendants, so Allstate may attach it to the Complaint without converting this Motion into a motion for summary judgment. *See Donoghue v. Am. Nat'l Ins. Co.*, 838 So. 2d 1032, 1035-36 (Ala. 2002) (adopting rule of Alabama Court of Civil Appeals and federal courts stating that, on a motion to dismiss, a court may consider documents that are referenced in a complaint and are central to the claims alleged in a complaint but that are not actually appended to the complaint, concluding that conversion to a motion for summary judgment is inappropriate where the exhibits appended to a motion to dismiss "are referred to in, and are central to, the plaintiff's complaint") (cited in *Snider v. Morgan*, 113 So. 3d 643, 648 (Ala. 2012)). *See also Lewis v. First Tuskegee Bank*, 964 So. 2d 36, 39 n.1 (Ala. Civ. App. 2007) ("[D]ocuments attached to a motion to dismiss are considered a part of the pleadings if those documents were specifically referred to in the plaintiff's complaint and are central to the claim being brought.") (quoting *Banks, Finley, White & Co. v. Wright*, 864 So. 2d 324, 327 (Ala. Civ. App. 2001)).

[5] The payroll practices exemption to ERISA coverage for disability plans applies even when an employee is paid less than their full amount of pay via the plan, *see Franklin v. Blue Cross & Blue Shield of Florida, Inc. Short Term Disability Plan*, No. 06-101, 2006 WL 2792893, at *4 (M.D. Fla. Sept. 27, 2006) ("payment of less than full compensation from an employer's general assets constitutes an employer payroll practice exempt from ERISA"), where an employer contracts with a third party plan administrator who pays the benefits out of an employer bank account, *see Bilheimer v. Federal Express Corp.*, No. 08-80420, 2009 WL 1324202, at *3-4 (S.D. Fla. May 12, 2009), or when an employer or plan administrator has the discretion to deny employee benefit claims, *see Martin Marietta Energy Systems, Inc. v. Industrial Commission of Ohio*, 843 F. Supp. 1206, 1212 (S.D. Ohio 1994) (finding that discretionary authority to grant or deny benefit claims does not convert a non-ERISA payroll practice into an ERISA-qualified plan).

demonstrate the existence of a qualified ERISA plan, standing to sue under that plan, the defendant's status as an ERISA entity, and a claim for relief cognizable under the ERISA civil enforcement provision). Thus, any claim for payment of benefits that Plaintiff has attempted to allege pursuant to ERISA must be dismissed for lack of subject matter jurisdiction due to Plaintiff's lack of standing to sue under the ERISA statute.

WHEREFORE, Plaintiff's Complaint is due to be dismissed as to Allstate because Plaintiff has failed to allege <u>any</u> specific claims against Allstate at all. Even if this Court elected to read into Plaintiff's complaint and construe it to allege a failure to pay benefits claim under ERISA, Plaintiff's putative claim would still be due to be dismissed under both Rule 12(b)(6) and 12(b)(1) because she has not alleged the facts required for proving an ERISA benefits claim and lacks standing to do so, depriving this Court of subject matter jurisdiction over any claim she could possibly allege. Therefore, Plaintiff's Complaint is due to be dismissed as to Defendant Allstate.

Respectfully submitted this the 18th day of August, 2017.

/s/ Rebecca A. Beers
Rebecca A. Beers (ASB-0409-C62B)
RUMBERGER KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Birmingham, Alabama 35203
205.327.5550
rbeers@rumberger.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, on this the 18th day of August, 2017, served a true and correct copy of the foregoing on the following via the Court's Alafile electronic filing system and via United States Mail, first class, postage prepaid:

Karana N. Jones
5734 Blanford Street
Birmingham, AL 35210

J. Gordon Howard (ASB-5896-O69H)
RUSSELL & OLIVER, PLC
5178 Wheelis Drive
Memphis, Tennessee 38117
Telephone: 901.844.4449
Facsimile: 901.844.4435
gordonh@russelloliverlaw.com

/s/ Rebecca A. Beers
OF COUNSEL

7

ELECTRONICALLY FILED
8/18/2017 3:16 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# EXHIBIT
# A

Case 2:17-cv-01577-RDP    Document 1-1    Filed 09/14/17    Page 37 of 83    Page 1 of 15

**Chapter 09 – Time Away**



Print  Back  Close

**Purpose**

Provides policy guide information on Paid Time Off Bank, Company Designated Holidays, IDM Program, Short-Term Disability, Workers Compensation, Temporary Military Duty, Special Military Duty, Leave of Absence, Return to Work, Emergency Time, Attendance Guidelines and Miscellaneous Absences.

Click on a link listed below to jump to the related policy:

- Paid Time Off Bank
- PTO Days (Buy/Carryover)
- PTO Emergency
- PTO Impact of Leaves
- Company Designated Holidays
- The Absence Management Program
- Short-Term Disability
- Workers' Compensation
- Temporary and Special Military Duty
- Leave of Absence
- Return to Work
- Miscellaneous Absences
- Attendance

**Definitions**

Intentionally left blank.

REDACTED

REDACTED

REDACTED

REDACTED

Case 2:17-cv-01577-RDP    Document 1-1    Filed 09/14/17    Page 41 of 83

# REDACTED

Back to Top
## Short-Term Disability

**Note:** Short-Term Disability (STD) benefits for employees in California, New Jersey, New York and Hawaii are provided under their respective state's Self-Insured Voluntary Disability Plan (Plan) - not this HR Policy. Maximum eligibility varies by Plan and continued certification of disability. Refer to your respective state's Plan document for Table I and Table II benefits and detailed Plan information. Employees can contact their local HR representative for a copy of the Plan document.

The STD Program is designed to protect an employee's income in the event of a non work-related illness or injury. Benefits begin after an eligible employee meets the waiting period, the lesser of the number of days in the employee's scheduled workweek or 5 work days. Absences within 30 calendar days prior to filing the claim for STD benefits may count towards your waiting period, if medically certified as being related to your illness or injury, and you were an Allstate employee during those 30 days. Like any other absence, the Allstate Leave and Disability Unit must certify a recurring or related absence.

**Reporting:** The requirements for an employee include:

- contacting the Allstate Leave and Disability Unit to report a non work-related illness or injury related absence;
- providing his or her doctor with a signed Authorization to Release Information form; and
- assisting the Allstate Leave and Disability Unit in securing medical information, if necessary.

**Reporting:** An employee who does not report his or her absence to the Allstate Leave and Disability Unit within 30 work days of the first day of disability will not be authorized to receive STD benefits.

| If your scheduled workweek equals: | Your waiting period equals: |
|---|---|
| 1 Day | 1 Day |
| 2 Days | 2 Days |
| 3 Days | 3 Days |

| | |
|---|---|
| 4 Days | 4 Days |
| 5 Days | 5 Days |
| The maximum waiting period is 5 scheduled working days excluding holidays. The waiting period does not include non-scheduled working days. | |

**Definitions:**

For purposes of the STD Policy, Disability or Disabled means that you are prevented by (1) accidental bodily injury; (2) sickness, (3) mental illness; (4) substance abuse; or (5) pregnancy from performing one or more of the essential duties of your occupation.

**Eligibility**

Full-time and regular part-time (both exempt and non-exempt) employees are eligible to apply for STD benefits upon their first day of service. Your illness or injury must have occurred on or after your first day of employment to be considered an eligible condition under Allstate's STD program. For eligible employees, benefits begin after the employee meets a waiting period, the lesser of the number of days in the employee's scheduled workweek or 5 work days. STD benefits can be used within any 365-day period (i.e., the 365-day rolling period is not based on a calendar year). The number of days available to an exempt employee in any 365-day period is reduced in daily increments. For non-exempt employees, STD benefits may be reduced in daily or hourly increments in any 365-day period. If an employee has exhausted STD benefits, he or she may use any remaining PTO days to fill the gap between the end of STD and the beginning of an approved LOA. If PTO days are unavailable and STD has been exhausted, additional days may be unpaid. STD benefits are based on the employee's scheduled workweek. STD is only reduced in hourly increments if a non-exempt employee has received full days of STD and is returned to work as part of transitional duty.

**Reporting:** Please note that an employee who does not report his or her absence to the Allstate Leave and Disability Unit within 30 business days of the first day of disability will not be authorized to receive STD benefits.

Part-time and temporary employees are not eligible for STD benefits. If an employee has been on an Illness LOA for more than a year and returns to work full time, STD benefits are renewed in full.

If an employee returns to work after exhausting STD benefits, and their STD bank has replenished, the employee is not eligible for STD for the same condition until 90 days after the return to work date.

**Reinstatement With Continuous Service for purposes of STD.**

Reinstatement with continuous service occurs when a former employee is rehired within 365 days of termination from Allstate. If an employee is rehired within 365 days of the termination date, they will be eligible to apply for STD on the day of rehire. An employee who is on FMLA due to his or her own serious health condition may use STD to be paid for those absences.

**Short Term Disability Unauthorized Paid**

Short Term Disability Unauthorized Paid (STDUP) is a timekeeping code that will allow managers to input timekeeping up to the number of days in the employees PTO bank while waiting for approval for STD. When the STD approval email is received by the manager the STDUP timekeeping code must be reclassified as STD Paid. If STD is not approved the timekeeping must be reclassified as PTO. PTO time cannot be input if an employee is showing STDU Paid timekeeping in their record.

**STD Eligibility Table**

| Weekly Benefit & Maximum Duration | |
|---|---|
| All eligible employees on their first day of service | Follows Allstate Short-Term Disability Plan<br>• One week waiting period<br>• 100% salary for up to 5 weeks<br>• 65% of salary for up to 20 weeks |

**Note:** The number of days available to an employee in any 365-day period are reduced and renewed in daily increments for all employees.

**STD for Scheduled Workweek and Employment Status Changes**

Employee status changes include changes in employee status from:

• Part-time to Regular Part-time

Case 2:17-cv-01577-RDP   Document 1-3   Filed 09/14/17   Page 43 of 83

- Part-time to Full-time
- Regular Part-time to Full-time
- Full-time to Regular Part-time
- Full-time to Part-time (Less than 1 year of service and less than 1000 hours worked would result in loss of benefits)

All employees converting to regular part-time or full-time status are immediately eligible for short-term disability benefits based on the date of transfer.

**Recurring or Related Illness**

A recurring or related illness is defined as a chronic illness, of the same or a related cause in nature, which recurs periodically.

For any recurring or related illnesses or injuries, an employee will need to satisfy a waiting period of five days (or the number of days in the employee's scheduled work week) unless the recurring or related illness or injury occurred within the 60 days allowed for approved intermittent absences in connection with the prior approved STD claim. Absences within 30 days prior to filing the claim for STD benefits may count towards your waiting period, if medically certified as being related to your illness or injury and you were an Allstate employee during those 30 days. Like any other absence, the Allstate Leave and Disability Unit must certify a recurring or related absence. Once an employee's STD bank has been exhausted, the employee is not eligible for STD for the same condition until 90 days after the STD bank has been replenished.

If you have questions about STD and recurring or related illnesses, contact the Allstate Leave and Disability Unit.

**Partial Day Absence While Using STD**

After the required waiting period has been met, STD eligibility will be reduced for a non-exempt employee for an approved partial day STD absence. However, if a non-exempt employee has exhausted STD eligibility, he or she will only be paid for the hours actually worked, unless other paid benefits are available. If a non-exempt employee has reached the 65% pay portion of the STD benefit, and has STD remaining, partial day absences coded as STD will be paid at 65%. Exempt employees will be paid for an entire day with regular pay for a partial day absence; even if they have exhausted their STD eligibility. Exempt employees' STD bank will not be reduced.

**Benefits While Receiving STD**

While receiving STD benefits, employee contributions for Cafeteria Plan Benefits, Long-Term Care and Profit Sharing will continue.

**Note:** Employees on Leave of Absence are not eligible for STD benefits.

**Employment**

It is expected that while receiving STD Benefits that an employee would not be gainfully employed during his or her regularly scheduled working hours.

**STD Claim Appeal Process**

When the Allstate Leave and Disability Unit denies an employee's claim for STD benefits the employee may appeal the decision by using the appeal process. There is only one level of appeal. The steps in the appeal process are as follows:

- **Employee files appeal to the Allstate Leave and Disability Unit to review denial**
- Must be in writing and may include documentation not previously reviewed/submitted
- Must be received by the Unit within 45 calendar days of denial notification
- The Unit will acknowledge receipt of claim appeal and a decision will generally be rendered within 60 days

**If denial is reversed:**

- Claim is re-opened and benefits are authorized
- Employee is notified via phone call and letter that benefits have been authorized
- Employee's manager is notified via e-mail that benefits have been authorized

**If denial is upheld:**

- Call is placed to employee to explain denial of benefits
- Second denial letter sent to employee

**The Absence Management Program**

The required process steps are:

| Employee | Manager |
|----------|---------|

- Day 1: Call supervisor as soon as possible to notify him or her of his situation.
- Call the Allstate Leave and Disability Unit to report the non-work related illness or injury to begin the claim process, on or before the number of days in the employee's scheduled workweek.
  **Note:** Failure to report the illness or injury to the Allstate Leave and Disability Unit may result in an interruption in pay.
- Ensure physician is authorized to release information on the illness or injury to the Allstate Leave and Disability Unit.
- Follow the prescribed medical treatment plan.
- Return to work when released.

- Ensure appropriate timekeeping input.
  **Note:** Short-Term Disability Paid timekeeping can only be input with authorization from the Allstate Leave and Disability Unit.
- Develop an individualized return to work plan with the Allstate Leave and Disability Unit's assistance, if needed.

**Company Vehicle Guidelines for Extended Leave & Short/Long Term Disability**

If a driver falls into any of the below categories, they must notify HO-FleetAdmin@Allstate.com regarding their status.

- The driver on Short Term Disability (STD) may continue to use his/her company vehicle for personal use. This may result in income imputed above the personal usage charge. Gas purchased during this period should be paid at the custodian's personal expense.
- The driver on Long Term Disability (LTD) may continue to use his/her company vehicle for a period of 90 days once placed on LTD. As soon as the 90-day period has concluded, the vehicle must be returned to the regional office for reassignment or disposal within a mutually agreed upon timeframe. Requests to obtain the vehicle for more than 90 days must be reviewed and approved by Fleet Management. Use of the vehicle during this time will be considered personal usage. This may result in income imputed above the personal usage charge. Gas purchased during this period should be paid at the employee's personal expense.
- The driver on an approved Illness, Family and Medical or Military Leave of Absence (LOA) may continue to use his/her company vehicle for a period of 90 days once placed on the LOA. As soon as the 90-day period has concluded, the vehicle must be returned to the employee's manager within a mutually agreed upon timeframe, for reassignment or disposal by Fleet. Unique circumstances will be reviewed and approved by Fleet Management. Use of the vehicle during this time will be considered personal usage. This may result in income imputed above the personal usage charge. Gas purchased during this period should be paid at the driver's personal expense.
- The driver on an approved Personal Leave of Absence (LOA) may continue to use his/her company vehicle for a period of 30 days once placed on the LOA. As soon as the 30-day period has concluded, the vehicle must be returned to the employee's manager, within a mutually agreed upon timeframe for reassignment or disposal by Fleet. Unique circumstances will be reviewed and approved by Fleet Management. Use of the vehicle during this time will be considered personal usage. This may result in income imputed above the personal usage charge. Gas purchased during this period should be paid at the driver's personal expense.

# REDACTED

REDACTED

Case 2:17-cv-01577-RDP   Document 1-1   Filed 09/14/17   Page 46 of 83

# REDACTED

# REDACTED

REDACTED

REDACTED

REDACTED

Case 2:17-cv-01577-RDP　　Document 1-1　　Filed 09/14/17　　Page 51 of 83

REDACTED



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To: REBECCA A BEERS
    rbeers@rumberger.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:17:10 PM

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Notice Date:      8/18/2017 3:17:10 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JONES KARANA N (PRO SE)
5734 BLANFORD STREET
BIRMINGHAM, AL, 35210-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:17:10 PM

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Notice Date:     8/18/2017 3:17:10 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  ALLSTATE INSURANCE (PRO SE)
2600 CORPORATE DRIVE
SUITE 200
BIRMINGHAM, AL, 35242-2737

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:17:10 PM

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Notice Date:      8/18/2017 3:17:10 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To: SEDGWICK CLAIMS MANAGEMENT SERVICES INC (PRO SE)
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:17:10 PM

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Notice Date:        8/18/2017 3:17:10 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:17:10 PM

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Notice Date:      8/18/2017 3:17:10 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

DOCUMENT 1-5

| STATE OF ALABAMA | Revised 3/5/08 | Cas | ELECTRONICALLY FILED<br>8/18/2017 3:51 PM<br>01-CV-2016-000432.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|
| **Unified Judicial System** | | | |
| 01-JEFFERSON | ☐ District Court  ☑ Circuit Court | CV20 | |

| KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT | **CIVIL MOTION COVER SHEET** |
|---|---|
| | *Name of Filing Party:* D003 - SEDGWICK CLAIMS MANAGEMENT SERVICES INC |

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.* | ☐ Oral Arguments Requested |
|---|---|
| JOHN GORDON HOWARD<br>5178 WHEELIS DRIVE<br>MEMPHIS, TN 38117<br>*Attorney Bar No.:*  HOW080 | |

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☑ Extension of Time |
| ☐ Other | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $   0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br><br>8/18/2017 3:48:44 PM | Signature of Attorney or Party<br>/s/ JOHN GORDON HOWARD |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

DOCUMENT 76

ELECTRONICALLY FILED
8/18/2017 3:51 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA N. JONES,

      Plaintiff,

v.                                                                Case No. CV201600432

ALLSTATE LEAVE AND DISABILITY
UNIT and SEDGWICK NATIONAL
APPEALS UNIT,

      Defendants.

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendant, Sedgwick Claims Management Services, Inc. (incorrectly named as Sedgwick National Appeals Unit) ("Sedgwick"), by and through its undersigned counsel, and respectfully requests an extension of time within which to answer or otherwise respond to the Complaint. In support thereof, Sedgwick states as follows:

1.     Plaintiff Karana N. Jones ("Plaintiff") filed the Complaint on December 12, 2016.

2.     On July 14, 2017, Plaintiff filed a document entitled "Add Party."

3.     On July 20, 2017, Sedgwick received the Complaint and the "Add Party" document via certified mail.

4.     Accordingly, under Rules 4(i)(2)(C) and 6(e) of the Alabama Rules of Civil Procedure, the deadline for Sedgwick to file an answer or otherwise respond to the Complaint is August 24, 2017.

5.     On August 17, 2017, Sedgwick asked Plaintiff via e-mail if she would oppose a fourteen (14) day extension of time for Sedgwick to answer or otherwise

respond to the Complaint. Plaintiff responded on August 18, 2017, via e-mail but did not outright state whether she would oppose or not a fourteen (14) day extension of time for Sedgwick to answer or otherwise respond to the Complaint.

6.      Nonetheless, under Rule 6(b) of the Alabama Rules of Civil Procedure, the Court may grant a request to extend time for cause shown if the request "is made before the expiration of the period originally prescribed." The time for Sedgwick to answer or otherwise respond to the Complaint has not expired. Sedgwick requests a fourteen (14) day extension of time because it is still investigating the claims contained in the Complaint and needs additional time in order to respond properly.

7.      As such, Sedgwick requests that the Court extend its deadline to file an answer or otherwise respond to the Complaint to September 7, 2017.

8.      Sedgwick's request is for good cause and is not intended to delay the proceedings.

WHEREFORE Sedgwick respectfully requests this Motion be granted and that the Court extend the deadline for it to file an answer or otherwise respond to the Complaint to Thursday, September 7, 2017.

<div style="margin-left: 50%;">

Respectfully submitted,

RUSSELL & OLIVER, PLC

/s/ J. Gordon Howard
J. Gordon Howard ASB-5896O69H
RUSSELL & OLIVER, PLC
5178 Wheelis Drive
Memphis, Tennessee 38117
Telephone:  901.844.4449
Facsimile:  901.844.4435
E-Mail:  gordonh@russelloliverlaw.com

</div>

2

Attorneys for Defendant Sedgwick Claims Management Systems, Inc. (incorrectly named as Sedgwick National Appeals Unit)

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the court using the AlaFile system, which will send notification of such filing to all counsel of record who are AlaFile registrant(s). I also hereby certify that I served a true and correct copy of the foregoing document via first class U.S. Mail, postage prepaid, upon the following non-AlaFile participant:

Ms. Karana N. Jones
5734 Blanford Street
Birmingham, AL 35210


/s/ J. Gordon Howard

3



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JOHN GORDON HOWARD
     gordonh@russelloliverlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:51:46 PM

**D003 SEDGWICK CLAIMS MANAGEMENT SERVICES INC**

MOTION FOR EXTENSION OF TIME

[Filer: HOWARD JOHN GORDON]

Notice Date:     8/18/2017 3:51:46 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JONES KARANA N (PRO SE)
     5734 BLANFORD STREET
     BIRMINGHAM, AL, 35210-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:51:46 PM

**D003 SEDGWICK CLAIMS MANAGEMENT SERVICES INC**

MOTION FOR EXTENSION OF TIME

[Filer: HOWARD JOHN GORDON]

Notice Date:     8/18/2017 3:51:46 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To: SEDGWICK CLAIMS MANAGEMENT SERVICES INC (PRO SE)
2 NORTH JACKSON STREET
SUITE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:51:46 PM

**D003 SEDGWICK CLAIMS MANAGEMENT SERVICES INC**

MOTION FOR EXTENSION OF TIME

[Filer: HOWARD JOHN GORDON]

Notice Date:       8/18/2017 3:51:46 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  BEERS REBECCA ASHLEY
     rbeers@rumberger.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was FILED on 8/18/2017 3:51:46 PM

**D003 SEDGWICK CLAIMS MANAGEMENT SERVICES INC**

MOTION FOR EXTENSION OF TIME

[Filer: HOWARD JOHN GORDON]

Notice Date:     8/18/2017 3:51:46 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
8/18/2017 4:18 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| KARANA N. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-2016-000432 |
| | ) | |
| ALLSTATE LEAVE AND DISABILITY | ) | |
| UNIT and SEDGWICK NATIONAL | ) | |
| APPEALS UNIT, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

Rebecca A. Beers respectfully submits this notice of appearance in the above-styled action as counsel for Defendant Allstate Insurance Company.

Respectfully submitted this the 18th day of August, 2017.

/s/ Rebecca A. Beers
Rebecca A. Beers (ASB-0409-C62B)
Counsel for Allstate Insurance Company

**OF COUNSEL:**

RUMBERGER KIRK & CALDWELL, P.C.
2001 Park Place North, Suite 1300
Renasant Place
Birmingham, Alabama 35203-2700
Phone: 205.327.5550
Fax: 205-3226-6786
Email: rbeers@rumberger.com

1

DOCUMENT 18

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 18th day of August, 2017, served a true and correct copy of the foregoing on the following via the Court's Alafile electronic filing system and via United States Mail, first class, postage prepaid:

Karana N. Jones
5734 Blanford Street
Birmingham, AL 35210

J. Gordon Howard (ASB-5896-O69H)
RUSSELL & OLIVER, PLC
5178 Wheelis Drive
Memphis, Tennessee 38117
Telephone: 901.844.4449
Facsimile: 901.844.4435
gordonh@russelloliverlaw.com

/s/ Rebecca A. Beers
OF COUNSEL

2



AlaFile E-Notice

01-CV-2016-000432.00

To:  REBECCA A BEERS
     rbeers@rumberger.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following NOTICE OF APPEARANCE was FILED on 8/18/2017 4:18:19 PM

Notice Date:     8/18/2017 4:18:19 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

To: JONES KARANA N (PRO SE)
5734 BLANFORD STREET
BIRMINGHAM, AL, 35210-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following NOTICE OF APPEARANCE was FILED on 8/18/2017 4:18:19 PM

Notice Date:     8/18/2017 4:18:19 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following NOTICE OF APPEARANCE was FILED on 8/18/2017 4:18:19 PM

Notice Date:     8/18/2017 4:18:19 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was SET FOR HEARING

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Hearing Date:      10/13/2017
Hearing Time:      10:15:00 AM
Location:          340

Notice Date:       8/25/2017 1:35:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00
Judge: PAT BALLARD

To:  BEERS REBECCA ASHLEY
     rbeers@rumberger.com

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was SET FOR HEARING

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Hearing Date:   10/13/2017
Hearing Time:   10:15:00 AM
Location:       340

Notice Date:    8/25/2017 1:35:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JONES KARANA N (PRO SE)
     5734 BLANFORD STREET
     BIRMINGHAM, AL, 35210-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following matter was SET FOR HEARING

**D002 ALLSTATE INSURANCE**

MOTION TO DISMISS PURSUANT TO RULE 12(B)

[Filer: BEERS REBECCA ASHLEY]

Hearing Date:    10/13/2017
Hearing Time:    10:15:00 AM
Location:        340

Notice Date:     8/25/2017 1:35:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

DOCUMENT 21



ELECTRONICALLY FILED
8/25/2017 1:51 PM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | | |
|---|---|---|
| **KARANA N. JONES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **01-CV-2016-432** |
| | ) | |
| **ALLSTATE LEAVE AND DISABILITY** | ) | |
| **UNIT, ET AL.,** | ) | |
| **Defendants.** | ) | |

### ORDER

For good cause shown, the MOTION FOR EXTENSION OF TIME filed by

SEDGWICK CLAIMS MANAGEMENT SERVICES INC is GRANTED.    SEDGWICK

CLAIMS MANAGEMENT SERVICES, INC. shall have until September 7, 2017, to file an

Answer to the claims made against it by Plaintiff.

**DONE and ORDERED this 25th day of August, 2017.**

/s/ PAT BALLARD
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

A court action was entered in the above case on 8/25/2017 1:52:04 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           PJB

Notice Date:     8/25/2017 1:52:04 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  BEERS REBECCA ASHLEY
     rbeers@rumberger.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

A court action was entered in the above case on 8/25/2017 1:52:04 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          PJB

Notice Date:    8/25/2017 1:52:04 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

Judge: PAT BALLARD

To:  JONES KARANA N (PRO SE)
5734 BLANFORD STREET
BIRMINGHAM, AL, 35210-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

A court action was entered in the above case on 8/25/2017 1:52:04 PM

ORDER

[Filer: ]

Disposition:       GRANTED
Judge:              PJB

Notice Date:      8/25/2017 1:52:04 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

DOCUMENT 23

ELECTRONICALLY FILED
8/30/2017 9:54 AM
01-CV-2016-000432.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

|  |  |
|---|---|
| | ) |
| | ) |
| **KARANA N JONES,** | ) |
| Plaintiff, | ) |
| V | )  **Case No.** CV2016000432 |
| **ALLSTATE INSURANCE COMPANY, and** | ) |
| **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.** | ) |
| Defendants | ) |
| | ) |

## AMENDED COMPLAINT

Comes now the Plaintiff, Karana N. Jones, Pro Se and shows this Honorable Court the following;

1. Plaintiff, Karana N Jones', began employment at Allstate Insurance on, or around, October 2005;

2. Plaintiff suffers with a chronic disorder;

3. Plaintiff, Karana N Jones', was required to apply for, and began, short term disability July 15, 2014;

4. Short term disability is handled by Sedgwick Claims Management, Inc. for Allstate Insurance.

5. Plaintiff, Karana N Jones', further requested long-term disability per Allstate's guidelines beginning January 12, 2015;

6. Long term disability is handled by The Hartford for Allstate Insurance.

7. Allstate Insurance was notified repeatedly, by Plaintiff, on or around a time period expanding from, December 2014 – February 2015 of Plaintiff, Karana Jones', filing for long-term disability;

8. Allstate then improperly terminated Plaintiff on February 9, 2015, immediately following the time period in which Plaintiff notified Defendant of her proper steps taken to secure long-term disability;

9. Plaintiff, Karana N Jones, was approved for long-term disability as their review found that the plaintiff was disabled as defined in the policy from July 16, 2014, per The Hartford letter dated February 29, 2016; and,

10. Plaintiff, Karana N Jones, requested that Allstate's incorrectly coded time from July 14-16, 2014 be properly codded.  Allstate approved a change and updated the system to reflect correct time away for short- term disability benefits surrounding the aforementioned dates.

11. Short term disability was never approved by Sedgwick Claims Management, Inc despite long term disability being subsequently approved starting at a date prior to when short term disability was requested.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff request that this Honorable Court will take jurisdiction of this cause, amend the Plaintiff's original complaint, and that proper process will be issued to the Defendant requiring it to appear, plead, answer or decent the complaint filed in this cause with the time required by law or suffer a judgement by default.

Plaintiff further request that upon a final hearing of this case, the Court will order, adjudged and decree that;

1. Allstate correct time away to reflect, TTD, Terminated Totally Disabled;

2. Allow Plaintiff, Karana N. Jones full benefits of medical, dental, vision and life insurance three (3) times her salary per long-term disability policy;

3. Allstate reinstate all the coverages as stated above;

4. Sedgwick Claims Management Services, Inc. reverse denial and award all benefits and payments to Plaintiff from July 14, 2014 through January 11, 2015;

5. Allstate be directed to pay Plaintiff $85,000 or roughly two (2) times her annual salary for her wrongful termination; and,

6. Plaintiff request such other, further and different relief to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Karana Jones
Karana Jones
Plaintiff
5734 Blanford St.
Birmingham, Al 35210
KaranaJones@yahoo.com
205-323-4261

## CERTIFICATE  OF SERVICE

I hereby certify that on August 29, 2017, I electronically filed the foregoing with the Clerk of the court using the AlaFile system, which will send notification of such filing to all counsel of record who are AlaFile registrant(s).

/s/Karana N. Jones



AlaFile E-Notice

01-CV-2016-000432.00

To:  KARANA JONES
     karanajones@yahoo.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following complaint was FILED on 8/30/2017 9:54:46 AM

Notice Date:     8/30/2017 9:54:46 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

To:  HOWARD JOHN GORDON
     gordonh@russelloliverlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following complaint was FILED on 8/30/2017 9:54:46 AM

Notice Date:     8/30/2017 9:54:46 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2016-000432.00

To:  BEERS REBECCA ASHLEY
     rbeers@rumberger.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

KARANA JONES  VS  ALLSTATE LEAVE & DISABILITY UNIT
01-CV-2016-000432.00

The following complaint was FILED on 8/30/2017 9:54:46 AM

Notice Date:     8/30/2017 9:54:46 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov