UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KARANA N. JONES,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:17-cv-01577-RDP |
| } | |
| **ALLSTATE INSURANCE COMPANY, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

This case is before the court on Plaintiff's failure to comply with the September 22, 2017 Order of this court. (Doc. # 10). In that Order, the court directed Plaintiff, who is proceeding *pro se*, to amend her First Amended Complaint on or before October 13, 2017, to more clearly state a claim upon which relief can be granted, and to comply with the Federal Rules of Civil Procedure. (*Id.*). That Order included language that warned Plaintiff that "[f]ailure to file a Second Amended Complaint as directed may result in this action being dismissed for failure to state a cause of action upon which relief can be granted." (*Id.*). The October 13, 2017 deadline has come and passed, and, as of the date of entry of this Order, Plaintiff has not filed her Second Amended Complaint or requested an extension of time.

The Federal Rules of Civil Procedure "expressly authorize a district court to dismiss a claim, including a counterclaim, or entire action for failure to prosecute or obey a court order or federal rule." *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982); *see* Fed. R. Civ. P. 41(b-c). Additionally, a district court has "inherent . . . authority to enforce its orders and ensure prompt disposition of legal actions." *State Exchange*, 693 F.2d at 1352.

Plaintiff has failed to obey the court's September 22, 2017 Order and has remained silent since the entry of that Order, despite the court's express warning about the consequences of her failure to comply.  (Doc. # 10).  Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff at her address of record.

**DONE** and **ORDERED** this October 16, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE